# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| Spherix Incorporated,<br><br>        Plaintiff,<br><br>    v.<br><br>Verizon Services Corp.; Verizon South Inc.; Verizon Virginia LLC; Verizon Communications Inc.; Verizon Federal Inc.; Verizon Business Network Services Inc.; and MCI Communications Services, Inc.,<br><br>        Defendants. | Case No. 1:14-cv-721-GBL-TCB |

## JOINT MOTION AND [PROPOSED] ORDER TO DISMISS
## THE '648 PATENT AND THE '800 PATENT

Plaintiff Spherix Incorporated ("Spherix") and Defendants Verizon Services Corp., Verizon South Inc., Verizon Virginia LLC, Verizon Communications Inc., Verizon Federal Inc., Verizon Business Network Services Inc., and MCI Communications Services, Inc. (collectively "Verizon"), by and through their counsel of record, hereby stipulate and request that the Court order the following dismissal:

1. Spherix's claims against Verizon for infringement of United States Patent No. 6,507,648 (the "'648 patent") are dismissed without prejudice.

2. Spherix's claims against Verizon for infringement of United States Patent No. 6,882,800 (the "'800 patent") are dismissed without prejudice.

3. Each party shall bear its own costs and attorney's fees as to the dismissed claims relating to the '648 and '800 patents.

24963711.1

SEEN AND AGREED:

/s/ Erik C. KaneDated: October 27, 2014
Erik C. Kane (VSB 68294)
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC  20005
Telephone: 202.220.4200
Facsimile: 202.220.4201
Email: Ekane@kenyon.com

Walter E. Hanley, Jr (*pro hac vice*)
John R. Kenny (*pro hac vice*)
Lewis V. Popovski (*pro hac vice*)
KENYON & KENYON LLP
One Broadway
New York, NY  10004
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: WHanley@kenyon.com
Email: JKenny@kenyon.com
Email: LPopovski@Kenyon.com

*Counsel for Plaintiff*, Spherix Incorporated

SEEN AND AGREED:

/s/ C. Brandon Rash                          Dated: October 27, 2014
Gerald F. Ivey (*pro hac vice*)
gerald.ivey@finnegan.com
John M. Williamson (*pro hac vice*)
john.williamson@finnegan.com
C. Brandon Rash (VSB #72248)
brandon.rash@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

MUNGER, TOLLES & OLSON LLP
Gregory Stone (*pro hac vice*)
gregory.stone@mto.com
Ted Dane (*pro hac vice*)
ted.dane@mto.com
Peter Detre (*pro hac vice*)
peter.detre@mto.com
355 S. Grand Ave., Floor 35
Los Angeles, California 90019
Telephone: (213) 683-9100

*Counsel for Defendants*
Verizon Services Corp., Verizon South Inc.,
Verizon Virginia LLC, Verizon
Communications Inc., Verizon Federal Inc.,
Verizon Business Network Services Inc., and
MCI Communications Services, Inc.


IT IS SO ORDERED



Date:  _____       _____

                                             United States District Judge