IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SPHERIX INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON SERVICES CORP.; )<br>VERIZON SOUTH INC.; )<br>VERIZON VIRGINIA LLC; )<br>VERZON COMMUNICATIONS INC.; )<br>VERIZON FEDERAL INC.; )<br>VERIZON BUSINESS NETWORK )<br>SERVICES INC.; MCI )<br>COMMUNICATIONS SERVICES, INC. )<br>)<br>Defendants. ) | Case No. 1:14-cv-00721-GBL-TCB |

## ORDER

THIS MATTER is before the Court on the Parties' Joint Motion to Dismiss the '533 Patent and the '167 Patent (Doc. 181). For good cause shown, it is hereby

**ORDERED** that Parties' Joint Motion to Dismiss the '533 Patent and the '167 Patent (Doc. 181) is **GRANTED**; it is further

**ORDERED** that Spherix's claims against Verizon for infringement of United States Patent No. 8,166,533 (the "'533 patent") are dismissed without prejudice; it is further

**ORDERED** that Spherix's claims against Verizon for infringement of United States Patent No. 7,478,167 (the "'167 patent") are dismissed without prejudice; and it is further

**ORDERED** that each party shall bear its own costs and attorney's fees as to the dismissed claims relating to the '533 and '167 patents.

**IT IS SO ORDERED.**

ENTERED this _14th_ day of November, 2014.

Alexandria, Virginia
11/14/2014

_____/s/_____
Gerald Bruce Lee
United States District Judge